No. 185. LITTLE, EXECUTRIX, *v.* KEATON, RECEIVER. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Frank T. McCoy* for petitioner. *Mr. Robert B. Keenan* for respondent.

No. 186. NORFOLK & WESTERN RY. Co. *v.* AYLOR. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Messrs. F. M. Rivinus* and *James F. Wright* for petitioner. No appearance for respondent.

No. 189. LOUISVILLE & NASHVILLE R. Co. *v.* JOLLY, ADMINISTRATRIX. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Messrs. A. M. Warren, E. S. Jouett, J. H. McChord,* and *S. D. Rouse* for petitioner. *Mr. Johnst Northcutt* for respondent.

No. 191. REYNOLDS ET AL. *v.* SCHMIDT ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Charles West* for petitioners. No appearance for respondents.

No. 192. PAN AMERICAN PETROLEUM & TRANSPORT Co. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. C. I. Clark* and *Eugene Underwood* for petitioner. *Attorney General Mitchell* and *Messrs. Claude R. Branch, J. Frank Staley,* and *W. Marvin Smith* for the United States.